## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DATATERN, INC.,

   v.

| | |
|---|---|
| CARL WARREN AND COMPANY INCORPORATED | CA No. 11-12024-RGS |
| LANCET SOFTWARE DEVELOPMENT, INC. | CA No. 11-12025-RGS |
| AIRLINES REPORTING CORP. | CA No. 11-12026-RGS |
| MAGIC SOFTWARE ENTERPRISES, INC. ET AL. | CA No. 11-12028-RGS |
| MICROSTRATEGY, INC. | CA No. 11-12220-RGS |
| TERADATA CORPORATION | CA No. 11-12223-RGS |
| INFORMATICA CORPORATION | CA No. 11-12224-RGS |
| EPICOR SOFTWARE CORPORATION | CA No. 11-12225-RGS |
| PREMIER, INC. | CA No. 11-12227-RGS |

## CONSOLIDATION ORDER

STEARNS, D.J.

The court, being aware of substantially overlapping issues of facts and law in the above-captioned cases, hereby orders that the Civil Actions Nos. 11-12024, 11-12025, 11-12026, 11-12028, 11-12220, 11-12223, 11-12224, 11-12225, and 11-12227 be consolidated. All pleadings are to be filed in lead case No. 11-12220 (Datatern, Inc. v. MicroStrategy, Inc.).

Defendants are further ordered to select a coordination counsel who will be responsible for filing all consolidated pleadings.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

Dated: February 24, 2012