UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

____DATATERN, INC.____
Plaintiff

V.

CIVIL ACTION

NO. _11-12028-RGS_____

____Magic Software Enterprises, Inc.____
Defendant

## ORDER

____STEARNS, D. J.____

In accordance with the Court's Memorandum and Order of Consolidation dated __ ____2/24/12_____ . The above case is hereby administratively closed. All filings are to be made in CA 11cv12220-RGS.

By the Court,

2/24/12

/s/ Elaine Flaherty

Date

Deputy Clerk

(Dismissal Memo.wpd - 12/98)