UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DATATERN, INC.<br><br>        Plaintiff,<br><br>        v.<br><br>MAGIC SOFTWARE ENTERPRISES LTD. AND MAGIC SOFTWARE ENTERPRISES, INC.<br><br>        Defendants. | Civil Action No. 11-cv-12028-RGS<br><br><br><br><br>JURY TRIAL DEMANDED |

**DEFENDANTS MAGIC SOFTWARE ENTERPRISES LTD. AND MAGIC SOFTWARE ENTERPRISES, INC'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)**

Defendants Magic Software Enterprises Ltd. and Magic Software Enterprises, Inc. and their undersigned counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.


Dated: March 23, 2012                    Counsel for MAGIC SOFTWARE
                                         ENTERPRISES LTD. AND MAGIC
                                         SOFTWARE ENTERPRISES, INC.


                                         /s/ Steven M. Coyle
                                         Steven M. Coyle (BBO#564189)
                                         CANTOR COLBURN, LLP
                                         20 Church St.
                                         22nd Floor

1

Hartford, CT 06103
T (860) 286-2929
F (860) 286-0115


Attorney for the Defendant

## **CERTIFICATE OF SERVICE**

     I, Steven M. Coyle, hereby certify that a true copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent by first-class mail to those indicated as non-registered participants on March 23, 2012.

                                      /s/Steven M. Coyle
                                      Steven M. Coyle